STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RODNEY VINCENT ORTIZ and  )<br>VINCENT RUDY ORTIZ,  )<br>)<br>Defendants.  ) | No. CR 15-594 RS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING BRIEFING<br>SCHEDULE AND HEARING DATE** |

The United States of America, by and through its attorney of record, and the above-captioned defendant, Rodney Ortiz, by and through his attorney of record, hereby stipulate as follows:

1. The parties agree to modify the briefing schedule to permit the defense to file a reply brief on or before July 27, 2016, and further agree that the motion will be heard on August 9, 2016 at 2:30 p.m.

2. Furthermore, due to the pendency of the Defendant's motion, time continues to be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(D).

//

//

STIPULATION & [PROPOSED] ORDER TO MOD.
BRIEFING SCHEDULE
CR 15-594 RS

SO STIPULATED:

DATED:     July 20, 2016                    _____/s/_____
                                            KIMBERLY HOPKINS
                                            Assistant United States Attorney


DATED:     July 20, 2016                    _____/s/_____
                                            ELIZABETH FALK
                                            Attorney for Defendant Rodney Ortiz


DATED:     July 20, 2016                    _____/s/_____
                                            SARA RIEF
                                            Attorney for Defendant Vincent Ortiz


IT IS SO ORDERED.


DATED: 7/20/16                              _____
                                            THE HONORABLE RICHARD SEEBORG
                                            United States District Judge

STIPULATION & [PROPOSED] ORDER TO MOD.
BRIEFING SCHEDULE
CR 15-594 RS