STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_Falk@fd.org

Counsel for Defendant Rodney ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–594 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| RODNEY ORTIZ and VINCENT ORTIZ, | **Court:** Courtroom 3, 17th Floor |
| Defendants. | **Hearing Date:** May 10, 2017 |
| | **Hearing Time:** 10:00 a.m. |

Pursuant to the Clerk's Notice at Docket 178, the sentencing in the above-captioned case is currently scheduled for May 10, 2017 at 10:00 a.m. The parties agree and jointly request the Court continue the sentencing hearing to May 17, 2012 at 10:00 a.m. in order for the defendants to conduct a joint meeting at Glenn Dyer Detention Center prior to finalizing objections to the presentence reports. U.S. Probation Officer Jill Polish Spilatieri was contacted regarding this continuance and has no objection to the proposed date.

STIP. AND [PROPOSED] ORDER TO CONTINUE
*ORTIZ*, CR 15–594 RS

**IT IS SO STIPULATED.**

Dated: April 17, 2017					BRIAN STRETCH
							United States Attorney
							Northern District of California

							/s/
							KIMBERLY HOPKINS
							Assistant United States Attorney


Dated: April 17, 2017					STEVEN G. KALAR
							Federal Public Defender
							Northern District of California

							/s/
							ELIZABETH FALK
							Assistant Federal Public Defender

Dated: April 17, 2017					/s/
							SARA RIEF
							Attorney for Vincent Ortiz


## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the sentencing set in the above-captioned case from May 10, 2017 to May 17, 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 4/17/2017					_____
							HON. RICHARD SEEBORG
							United States District Judge