| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | Northern District of California |
| | ELIZABETH FALK |
| 3 | Assistant Federal Public Defender |
| | 19th Floor Federal Building - Box 36106 |
| 4 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 5 | Telephone: (415) 436-7700 |
| | Facsimile: (415) 436-7706 |
| 6 | Email: Elizabeth_Falk@fd.org |

Counsel for Defendant ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 15–594 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| RODNEY ORTIZ and VINCENT ORTIZ, | **Court:** Courtroom 3, 17th Floor |
| Defendants. | **Hearing Date:** May 17, 2017 |
| | **Hearing Time:** 10:00 a.m. |

Pursuant to the Clerk's Notice at Docket 186, the sentencing in the above-captioned case is currently scheduled for May 17, 2017 at 10:00 a.m. The parties agree and jointly request the Court continue the sentencing hearing to June 28, 2017 at 10:00 a.m. in order for the defendants to conduct a joint meeting at Glenn Dyer Detention Center prior to finalizing objections to the presentence reports. Unfortunately, the recent power outage in San Francisco occurred during the scheduled time for the joint meeting between defense counsel and the two

defendants, and the meeting has to be rescheduled before the PSR can be finalized. Due to periods of unavailability and additional work commitments, June 28 is the next available date between the parties for the sentencing hearing.

U.S. Probation Officer Jill Polish Spilatieri was contacted regarding this continuance and has no objection to the proposed date.

**IT IS SO STIPULATED.**

Dated: April 27, 2017

BRIAN STRETCH
United States Attorney
Northern District of California

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

Dated: April 27, 2017

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/s/
ELIZABETH FALK
Assistant Federal Public Defender

Dated: April 27, 2017

/s/
SARA RIEF
Attorney for Vincent Ortiz

**[PROPOSED] ORDER**

For the reasons stated above the Court hereby CONTINUES the sentencing set in the above-captioned case from May 17, 2017 to June 28th 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 4/27/17

HON. RICHARD SEEBORG
United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE
*ORTIZ*, CR 15–594 RS

2