STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Elizabeth_Falk@fd.org

Counsel for Defendant ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY ORTIZ and VINCENT ORTIZ,<br><br>Defendants. | **Case No.:** CR 15–594 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE ON EXPEDITED MOTION TO CONTINUE SENTENCING**<br><br>**Court:** Courtroom 3, 17th Floor<br><br>**Hearing Date:** June 6, 2017<br><br>**Hearing Time:** 2:30 p.m. |

The sentencing in the above-captioned case is currently scheduled for June 28, 2017 at 10:00 a.m. The defendant intends to move for a continuance of that sentencing for reasons to be stated in a Motion to be filed May 30, 2017. The requested new date for sentencing will be July 26, 2017, with an alternate date of August 21, 2017, as the Motion will set forth and explain. The government intends to oppose the request to continue.

So this matter can be heard promptly, the parties agree to appear for an expedited hearing, with the permission of the Court, on **June 6, 2017 at 2:30 p.m.** The defendant will file his motion on **May 30, 2017**, and the government will respond by **June 2, 2017**.

U.S. Probation Officer Jill Polish Spilatieri was contacted regarding this stipulation by defense counsel and takes no position on the ultimate date of the sentencing. As such, she will not appear on June 6, 2017. Defense counsel represents that she has conferred with the Probation Officer about the proposed new dates for sentencing and the Probation Officer is currently available for either of the requested new dates.

**IT IS SO STIPULATED.**

Dated: May 26, 2017    BRIAN STRETCH
United States Attorney
Northern District of California

/s/
KIMBERLY HOPKINS
Assistant United States Attorney

Dated: May 26, 2017    1TSTEVEN G. KALAR
Federal Public Defender
Northern District of California

/s/
1TELIZABETH FALK
Assistant Federal Public Defender

# [~~PROPOSED~~] ORDER

For the reasons stated above the Court hereby sets a motion to continue the sentencing in this case for an expedited hearing on **June 6, 2017 at 2:30 p.m.** and further orders the briefing schedule set forth herein.

**IT IS SO ORDERED.**

DATED: 5/30/17    _____
HON. RICHARD SEEBORG
United States District Judge